LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
*Attorney for Defendant Dennis Wise*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY, a Texas Business entity, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH DEBLANCO, a Nevada resident; And DENNIS WISE, a Nevada resident. <br><br> Defendants. | Case No.: 2:19-cv-01303-APG-BNW |

**DEFENDANT DENNIS WISE'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES [SECOND REQUEST]**

Defendant Dennis Wise, by and through his counsel of record, does hereby request an order from this court extending the remaining deadlines in the current Discovery Plan and Scheduling Order in this matter. This is the second request for an extension of deadlines. The first request was made on March 2, 2020 (ECF No. 23) and was granted by the court on March 19, 2020 (ECF 24). Mr. Wise's second motion for an extension of discovery was filed with the court on June 2, 2020 (ECF No. 25). That motion was denied without prejudice by ECF No. 26 due to the failure to comply with LR26-6(c). Mr. Wise now re-files the motion with a declaration in compliance with LR26-6(c).

### DECLARATION OF DEFENDANT'S COUNSEL IN SUPPORT OF MOTION

Ross Moynihan, Esq. declares and states the following:

1. That I am licensed to practice law in Nevada and am counsel for defendant Dennis Wise.

2. That I caused to be filed ECF No. 25, Mr. Wise's motion to extend discovery deadlines second request.

3. That the motion was denied without prejudice by ECF No. 26 due to the failure to comply with LR26-6(c).

4. That I have since communicated with counsel for the two other parties, Max Corrick, Esq. for plaintiff Universal North America Insurance Company and Bradley Johnson, Esq. for defendant Joseph DeBlanco.

5. Through these communications all parties have agreed to an extension of discovery and have agreed to the proposed discovery plan detailed below.

6. I declare under penalty of perjury that the foregoing is true and correct.

DATED that 20th day of July, 2020.

/s/ Ross Moynihan
_____
ROSS MOYNIHAN, ESQ.

### DISCOVERY COMPLETED TO DATE

- The Parties conducted their FRCP 26(f) conference October 3, 2019.

- Plaintiff served its FRCP 26(a) Initial Disclosures on December 17, 2019.

- Defendant Dennis Wise served his FRCP 26(a) Initial Disclosures on January 6, 2020.

- Defendant Dennis Wise served Requests for Production of Documents upon Plaintiff on December 12, 2019.

Case 2:19-cv-01303-APG-BNW   Document 28   Filed 07/24/20   Page 3 of 6

- Plaintiff responded to Defendant Dennis Wise's requests for production on January 21, 2020.

- On December 12, 2019, Defendant Dennis Wise served subpoenas for deposition on two attorneys, John Keating and Bryce Buckwalter, who were hired by the Plaintiff in this case to represent Defendant Joseph DeBlanco in Clark County District Court case Wise v. DeBlanco, case no. A-16-734723-C. Defendant Wise agreed to continue these depositions due to availability and so that agreements could be made regarding the scope of the depositions.

### DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

Discovery to be completed includes:

- The Parties' continued supplementation of FRCP 26(a) Initial Disclosures as discovery continues.

- Additional written discovery propounded by and upon Plaintiff and the Defendants. Depositions of attorneys John Keating and Bryce Buckwalter.

- Deposition of Defendant Joseph DeBlanco.

- Deposition of Plaintiff's Rule 30(b)(6) witness regarding the facts of this case.

- Depositions of additional fact witnesses.

- FRCP 26(a)(2) designation of initial and rebuttal expert witnesses.

- Depositions of initial and rebuttal expert witnesses.

- Additional written discovery and depositions as necessary.

In his March 2, 2020 first request for an extension of discovery deadlines (ECF No. 23), defendant Wise stated:

Defendant submits, pursuant to Local Rule 6-1, that good cause exists for the requested extension of time. This is a declaratory relief action filed on July 29, 2019 in which the Plaintiff seeks a declaration that it is not obligated to provide certain coverage to Defendant DeBlanco in relation to the claims asserted in state court case A-16-734723-C, which was filed by Dennis Wise on April 7, 2016. Among the defenses in this case are waiver and estoppel, which require the parties to investigate the Plaintiff's claims file as it relates to the communications between the parties on the issue of coverage and reservation of rights. Through the Plaintiff's disclosures and through its responses to requests for production, the Plaintiff asserts a privilege over the documents that would show the nature and extent of these communications, which may lead to motion practice that would have to be resolved prior to the deposition and expert discovery listed above. Defendant requires additional time to resolve these issues which necessitates this request for an extension in discovery. As noted above, the plaintiff agrees to the extension of discovery requested in this motion.

The court granted the defendant Wise's motion to extend deadlines on March 19, 2020 (ECF 24). At the time of this order, during the month of March, the defendant's counsel's office suffered a 75% loss of staff due to concerns over the Coronavirus and a full office closure after a remaining staff member's exposure to the Coronavirus. The result has been a major diminishment in defense counsel's office's output which has prevented the completion of needed discovery in this case and which necessitates this request for a further extension of time. Furthermore, in light of the current health crisis, defendant anticipates delays in taking the depositions of fact witnesses (both in state and out of state) and expert witnesses and has factored the anticipated delay into the below request for extension of time.

It should also be noted that the result of the upcoming trial in Clark County District Court case Wise v. DeBlanco, case no. A-16-734723-C will have an impact on this case, and may render this case moot. That case was set for trial on April 20, 2020 but was continued to a five week trial stack beginning on September 8, 2020. Case no. A-16-734723-C is in the number one position on that stack, meaning that if the Clark County District Court resumes jury trials by that time, the case will go to trial during the 5 week stack which ends on October 9,

2020. In this case and through this motion, Defendant Wise further proposes the discovery plan below that is coordinated with the State case trial, and that will afford the parties ample time to complete the above detailed discovery.

Based on the above, defendant Wise submits that good cause exists for the proposed extension of discovery and requests that this motion be granted by the court.

### EXISTING DISCOVERY PLAN

| | |
|---|---|
| Interim Status Report | January 31, 2020 |
| Initial Expert Disclosure Deadline | June 2, 2020 |
| Rebuttal Expert Disclosure Deadline | July 2, 2020 |
| Amend Pleadings and Add Parties | January 31, 2020 |
| Discovery Cut-Off Date | August 3, 2020 |
| Dispositive Motion Deadline | September 3, 2020 |
| Pre-Trial Order | October 2, 2020 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

### [PROPOSED] NEW DISCOVERY PLAN

| | |
|---|---|
| Interim Status Report | Unchanged |
| Initial Expert Disclosure Deadline | December 9, 2020 |
| Rebuttal Expert Disclosure Deadline | January 11, 2021 |
| Amend Pleadings and Add Parties | Unchanged |
| Discovery Cut-Off Date | February 11, 2021 |
| Dispositive Motion Deadline | March 11, 2021 |
| Pre-Trial Order | April 12, 2021 |

DATED this 20th day of July 2020.

IT IS ORDERED that the unopposed motion is GRANTED in part and DENIED in part.

IT IS ORDERED that the discovery deadlines are extended by 90 days, rather than the approximately 6 months requested in the motion. The motion is otherwise DENIED. The Court will consider an additional extension if the parties cannot safely complete discovery within this enlarged period.

**IT IS SO ORDERED**

**DATED:** July 24, 2020

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

STOVALL & ASSOCIATES

*/s/ Ross Moynihan*
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorneys for Defendant Dennis Wise*